■ ANNA WACHT, Plaintiff, v. ANTHONY WIATER, Defendant.— Order of substitution of attorneys entered.

■ ONONDAGA BRICK CORP., Appellant, v. STATE OF NEW YORK, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ VILLAGE OF BATH, Respondent, v. SARAH A. BOWES et al., Appellants. VILLAGE OF BATH, Respondent, v. SAMUEL B. BALCOM, Defendant, and DAVID M. BOWES, Appellant.— Appeal dismissed, without costs, upon stipulation.

■ STANLEY SORON, as Guardian ad Litem of GARY SORON and Another, Infants, Plaintiff, v. PETER BUTERA et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■ CICELIA SORON, Plaintiff, v. PETER BUTERA et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■ STANLEY SORON, Plaintiff, v. PETER BUTERA et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■ THE PEOPLE ex rel. LAURENCE CARROLL, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Appeal dismissed, without costs, upon stipulation.

■ VIOLA J. BATTAGLIA, Respondent, v. JOSEPH BATTAGLIA, Appellant.— Appeal dismissed for failure to comply with previous order, without costs.

■ CALVIN JENKINS, Appellant, v. WISSON FREIGHT FORWARDING CO., INC., et al., Respondents.— Order of substitution entered.

■ HELEN L. CLARK, Appellant, v. JAMES STRINGHAM et al., Respondents. — Motion granted and appeal dismissed, without costs.

■ SALVATORE BLANDO, Appellant, v. ALVIN J. REISS et al., Respondents. — Appeal dismissed unless printed records and briefs are filed and served on or before December 15, 1959.

■ BERNADINE RECKE, Appellant, v. BUFFALO COLUMBUS HOSPITAL et al., Respondents.— Motion granted and appeal dismissed, without costs.

■ RICHARD LOUCKS et al., Appellants, v. J. C. LAWRENCE CORP., Defendant, and LINCOLN ROCHESTER TRUST Co., Respondent.— Motion granted and appeal dismissed, with $10 motion costs.

■ F. RUSSELL CORRAO, Appellant, v. HOWARD SOBER, INC., Respondent. — Appeal dismissed unless printed records and briefs are filed and served on or before December 1, 1959.

■ MARY CODY, Appellant, v. NIAGARA FALLS HOUSING AUTHORITY, Respondent.— Motion granted and appeal dismissed, without costs.

■ In the Matter of ROBERT L. BARNETT, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles, Respondent.— Motion granted and proceeding dismissed, without costs.

■ WALTER VALINSKI, Appellant, v. C. P. WARD, INC., Respondent.— Motion granted and appeal dismissed, without costs.

■ STANLEY J. LASKOWSKI, Appellant, v. ANTHONY A. HENNINGER, as Mayor of the City of Syracuse, et al., Respondents.— Motion granted and appeal dismissed, without costs.

■ ANNA WACHT, Appellant, v. ANTHONY WIATER, Respondent.— Appeal dismissed unless printed records and briefs are filed and served on or before December 1, 1959.

■ ARCHIE PITCHER, Plaintiff, v. GEORGE LAVIN, Defendant.— Motion granted and appeal dismissed, with $10 motion costs.

■ BUFFALO ELECTRIC Co., INC., Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted, order dismissing appeal vacated, case set down for argument on November 5, 1959.